UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE R. DUPREY-BENNETT,<br><br>                              Plaintiff,<br><br>     v.<br><br>SPOKANE COUNTY and SCRAPS DIRECTOR NANCY HILL,<br><br>                              Defendants. | NO: 2:14-CV-0398-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 17). The parties have indicated that the matter has been fully settled. Pursuant to the parties' stipulation, all claims and causes of action are **DISMISSED** with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

///

///

///

ORDER OF DISMISSAL~ 1

**IT IS ORDERED:**

The parties' Stipulated Motion for Dismissal (ECF No. 17) is **GRANTED**. All claims and causes of action are **DISMISSED** with prejudice and without an award of costs or fees to any party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** August 28, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL~ 2